UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLINA CHARLESTON,

    Plaintiff,

v.

CITY OF INKSTER, ET AL.,

    Defendants.

_____/

Case No. 11-15276

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE MICHAEL J.
HLUCHANIUK

## ORDER GRANTING DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT [15]

Before the Court is Defendants' Motion for Summary Judgment [15]. On May 24, 2013, the Court heard argument on the motion. The Court has determined that no genuine issue of material fact exists as to Plaintiff's claims, and that summary judgment for Defendants is appropriate.

For the reasons stated above, and for the reasons stated on the record, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment [15] is **GRANTED**.

**SO ORDERED**.

Dated: August 2, 2013

S/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 2, 2013, by electronic and/or ordinary mail.

S/Holly Monda in the absence of Mike Lang
Case Manager