UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARLINA CHARLESTON, | |
| Plaintiff, | Case No. 11-15276 |
| v. | SENIOR UNITED STATES DISTRICT JUDGE ARTHUR J. TARNOW |
| CITY OF INKSTER, ET AL., | MAGISTRATE JUDGE MICHAEL J. HLUCHANIUK |
| Defendants. | |

## JUDGMENT

On August 2, 2013, the Court entered an Order [22] granting Defendants' Motion for Summary Judgment [15].

All issues having been resolved by the Court's Order of August 2, 2013, **IT IS ORDERED AND ADJUDGED THAT THIS CASE SHALL BE DISMISSED**.

Dated at Detroit, Michigan, this 2nd day of August, 2013.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                                  BY: S/Holly Monda
                                          Deputy Clerk

Approved:

S/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE